UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| | : | |
| v. | : | Mag. No. 18-6081 ~ \ |
| | : | |
| XAVIER SOSA SOSA, | : | **ORDER FOR CONTINUANCE** |
| a/k/a "Havi" | : | |

This matter having been opened to the Court by Craig Carpenito,
United States Attorney for the District of New Jersey (Elaine K. Lou,
Assistant United States Attorney appearing), and the defendant Xavier Sosa
Sosa (Lance Lazzaro, Esq., appearing), for an order granting a continuance
of the proceedings in the above-captioned matter from the date this Order is
signed through and including June 30, 2018, to permit defense counsel the
reasonable time necessary for effective preparation in this matter and to allow
the parties to conduct plea negotiations and attempt to negotiate a plea
agreement, and the defendant being aware that the defendant has the right to
have the matter submitted to a grand jury within thirty days of the date of the
defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b),
and the defendant having consented to the continuance and waived such right,
and this being the first request for a continuance in this matter, and for good
cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)     Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of ~~additional time for effective preparation in this matter;~~

(2)     Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3)     The defendant has consented to the above-referenced continuance; and

(4)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24 day of April 2018,

ORDERED that this action be, and hereby is, continued from the date this Order is signed through and including June 30, 2018; and it is further

ORDERED that the period from the date this Order is signed through and including June 30, 2018, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STEVEN C. MANNION
United States Magistrate Judge

18 mj 6081

Consented and Agreed to by:

Lance Lazzaro, Esq.
Counsel for Defendant

Elaine K. Lou
Assistant United States Attorney

RECEIVED IN THE CHAMBERS OF

APR 24 2018

TIME: _____M
HON. STEVEN C. MANNION, U.S.M.J.